No. 703.   Stuart Laboratories, Inc. et al. *v.* Union Carbide & Carbon Corp.   C. A. 3d Cir.   Certiorari denied.   *Thomas Turner Cooke* for petitioners.   *Richard Russell Wolfe* for respondent.

No. 708.   Armstrong *v.* War Contracts Price Adjustment Board.   United States Court of Appeals for the District of Columbia Circuit.   Motion to substitute the United States as party respondent granted.   Certiorari denied.   *William F. Kelly* and *P. J. J. Nicolaides* for petitioner.   *Solicitor General Perlman, Assistant Attorney General Baldridge, Paul A. Sweeney* and *Morton Liftin* for respondent.

No. 714.   Union Carbide & Carbon Corp. *v.* Graver Tank & Mfg. Co., Inc. et al.   C. A. 7th Cir.   Certiorari denied.   Mr. Justice Burton took no part in the consideration or decision of this application.   *John T. Cahill, James A. Fowler, Jr.* and *Richard Russell Wolfe* for petitioner.   *Casper W. Ooms, John F. Oberlin, Thomas V. Koykka* and *James R. Stewart* for respondents.

No. 368, Misc.   Mellott *v.* United States.   C. A. 6th Cir.   Certiorari denied.

No. 387, Misc.   Oddo *v.* Swope, Warden.   C. A. 9th Cir.   Certiorari denied.

No. 408, Misc.   Bowles *v.* Indiana.   Supreme Court of Indiana.   Certiorari denied.

No. 409, Misc.   Weldon *v.* United States.   United States Court of Appeals for the District of Columbia